NUMBER 13-08-00193-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MICHAEL SCOTT, Appellant,


v.



BEE COUNTY, ET AL., Appellees. 

 ____________________________________________________________


On Appeal from the 156th District Court


of Bee County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam 


 Appellant perfected an appeal from a judgment entered by the 156th District Court
of Bee County, Texas, in cause number B-07-1483-CV-B. Appellant has filed a motion to
voluntarily dismiss the appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
voluntarily dismiss the appeal, is of the opinion that the motion should be granted. See
Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 12th day of February, 2009.